IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lundgren Jr, Carl E

Printed: 9/3/08

Case Number: 06 B 06472
Judge: Squires, John H
Filed: 6/5/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: June 23, 2008
Confirmed: July 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,018.68 |  |
| Secured: |  | 5,351.63 |
| Unsecured: |  | 2,036.72 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 531.79 |
| Other Funds: |  | 98.54 |
| Totals: | 10,018.68 | 10,018.68 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Staver & Gainsberg P.C. | Administrative | 2,000.00 | 2,000.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | GMAC Mortgage Corporation | Secured | 12,788.20 | 4,951.49 |
| 5. | GMAC Mortgage Corporation | Secured | 1,033.12 | 400.14 |
| 6. | RoundUp Funding LLC | Unsecured | 2,773.37 | 2,036.72 |
| 7. | Bank Of America | Unsecured |  | No Claim Filed |
| 8. | Key Home Equity Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 18,594.69 | $ 9,388.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 52.58 |
| 4.8% | 110.20 |
| 5.4% | 285.74 |
| 6.5% | 83.27 |
|  | $ 531.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lundgren Jr, Carl E | Case Number:  06 B 06472 |
| | Judge:  Squires, John H |
| Printed:  9/3/08 | Filed:  6/5/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____